**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

NAMEL NORRIS, CASE NO.: 1:25-cv-00383

Plaintiff,

v.

15 ACRES, INC., a New York corporation, d/b/a KETTLE OF FISH, and CHRISTOPHER & SEVENTH REALTY LLC, a New York limited liability company,

Defendants.

---------------------------------------------------------x

**NOTICE OF ATTORNEY APPEARANCE**

Nolan Klein, Esquire, of the Law Offices of Nolan Klein, P.A., hereby gives notice of appearing as counsel of record for Defendant, 15 ACRES, INC., in the above-styled action.

DATED this **11th** day of **February,** 2025.

Respectfully Submitted,

LAW OFFICES OF NOLAN KLEIN, P.A.
*Attorneys for Defendant, 15 Acres, Inc.*
5550 Glades Road, Suite 500
Boca Raton, FL 33431
PH: (954) 745-0588

By: *[/s/ Nolan Klein]*
NOLAN KLEIN, ESQ. (NK 4223)
klein@nklegal.com
amy@nklegal.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **11th** day of **February,** 2025.

By: */s/ Nolan Klein*
NOLAN KLEIN, ESQ.

**SERVICE LIST:**

**B. BRADLEY WEITZ, ESQ.**
**(BW 9365)**
THE WEITZ LAW FIRM, P.A.
*Attorneys for Plaintiff*
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, FL 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
bbw@weitzfirm.com