UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAMEL NORRIS,

                Plaintiff,

       v.

15 ACRES, INC., a New York corporation d/b/a Kettle of Fish and CHRISTOPHER & SEVENTH REALTY LLC, a New York limited liability company,

                Defendants.

25-CV-383 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On January 17, 2025, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. Although Defendants were served on February 7, 2025, the parties have still yet to file their joint letter.

    The parties shall submit their joint letter no later than April 4, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 25, 2025
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge