# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

December 10, 2015

**VIA CM/ECF**
Honorable Judge Ronnie Abrams
United States District Court
United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

        Re:    *Norris v. 15 Acres, Inc., d/b/a Kettle of Fish, et al.*
                **Case 1:25-cv-00383-RA**

Dear Judge Abrams:

      Pursuant to Order D.E. 7, the parties were to Meet & Confer in an attempt to settle this case and submit a joint letter informing the Court whether the parties have settled or request that the Court refer the case to mediation or a magistrate judge for a settlement or opt for an initial status conference.

      The Plaintiff met and conferred with opposing counsel in this action on March 25, 2025, and the parties agreed to submit this case to the District Court's Mediation Program.

      Therefore, it is hereby respectfully requested that this matter be referred to the Southern District's Mediation Program to schedule a Mediation for this case.

      Thank you for your attention to this request.

Respectfully,

| | |
|---|---|
| By: /S/ B. Bradley Weitz | By: /S/ Nolan K. Klein |
| B. Bradley Weitz, Esq. | Nolan K. Klein, Esq. |
| THE WEITZ LAW FIRM, P.A. | Law Offices of Nolan Klein, P.A. |
| Bank of America Building | 5550 Glades Road, Suite 500 |
| 18305 Biscayne Blvd., Suite 214 | Boca Raton, FL 33431 |
| Aventura, Florida 33160 | Telephone: 954-745-0588 |
| Telephone: (305) 949-7777 | Email: klein@nklegal.com |
| Facsimile: (305) 704-387**7** | *Attorney for Defendants* |
| Email: bbw@weitzfirm.com | |
| *Attorney for Plaintiff* | |

Case 1:25-cv-00383-RA    Document 13    Filed 03/25/25    Page 2 of 2