UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAMEL NORRIS,<br><br>                    Plaintiffs,<br><br>          v.<br><br>15 ACRES, INC., d/b/a Kettle Of Fish, and CHRISTOPHER & SEVENTH REALTY LLC,<br><br>                    Defendants. | No. 25-CV-383 (RA)<br><br>MEDIATION REFERRAL ORDER |

RONNIE ABRAMS, United States District Judge:

  It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

SO ORDERED.

Dated:  April 7, 2025
     New York, New York

                                  Ronnie Abrams
                                  United States District Judge