UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

    Plaintiff,

vs.

15 ACRES, INC., a New York corporation, d/b/a KETTLE OF FISH, and CHRISTOPHER & SEVENTH REALTY LLC, a New York limited liability company,

    Defendants.
_____/

CASE NO. 1:25-cv-00383-RA

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, NAMEL NORRIS, and Defendant, 15 ACRES, INC., a New York corporation, d/b/a KETTLE OF FISH, who, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement, and pursuant to the provisions of Rule 41(a)(l) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned action, with prejudice, with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 23rd day of September, 2025.

By: _____
B. Bradley Weitz, Esq.
The Weitz Law Firm, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Fax: (305) 704-3877
Email: bbw@weitzfirm.com
*Attorney for Plaintiff*

By: _____
Nolan K. Klein, Esq.
Law Offices of Nolan Klein, P.A.
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Telephone: (954) 745-0588
Email: klein@nklegal.com
*Attorney for Defendant,*
*15 ACRES, INC.*

**SO ORDERED:**

_____
Ronnie Abrams, U.S.D.J.

Dated: _____